**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDWARD ALFRED SECHRIST AND** | : | |
| **GARY BRYANT KAUFFMAN,** | : | |
| Plaintiffs | : | No. 1:16-cv-1155 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **FARMLAND MUTUAL INSURANCE** | : | |
| **COMPANY,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 17th day of October 2016, **IT IS HEREBY ORDERED THAT**

Plaintiffs Edward A. Sechrist and Gary B. Kauffman's motion to remand (Doc. No. 5), is

**DENIED. IT IS FURTHER ORDERED THAT** the above-captioned case is referred to

Magistrate Judge Arbuckle for further pretrial management.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
